IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENANZHU LLC d/b/a THE DINER,<br><br>                    Plaintiff,<br><br>v.<br><br>CAMBRIA COMPANY LLC, SPACE 150, LLC, WILLIAM JUREWICZ, DAVID DENHAM, MARK DAVIS AND MARTIN DAVIS AND JOHN AND JANE DOES 1 THROUGH 100, all whose true names are unknown<br><br>                    Defendants. | Civil Action No.: 2:15-cv-00338-WHP |

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/15

**STIPULATION AND ORDER WAIVING SERVICE,
AMENDING COMPLAINT, EXTENDING TIME TO RESPOND TO COMPLAINT,
AND REQUESTING CONTINUANCE OF INITIAL PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. Defendants Cambria Company LLC, Space 150, LLC, William Jurewicz, David Denham, Mark Davis and Martin Davis (hereafter "Named Defendants") hereby appear in this action and agree that jurisdiction and venue are proper in this Court.

2. Named Defendants hereby waive any and all defenses relating to lack of personal jurisdiction and acknowledge the receipt and sufficiency of service of Plaintiff's summons, complaint, civil cover sheet and Rule 7.1 statement.

3. Named Defendants hereby agree that Plaintiff may amend the complaint on or before March 20, 2015. Named Defendants further agree to accept service of an amended complaint by electronic mail at the addresses set forth below.

4. Named Defendants shall have thirty (30) days in which to answer or otherwise respond to the amended complaint. In the event that Plaintiff does not amend the complaint, Named Defendants shall file and serve their answers or otherwise respond to the complaint on or before March 31, 2015.

5. Defendant Space150, LLC hereby states and represents that said entity has been closed, and that it has not conducted any business operations in any manner regarding the facts and circumstances alleged in the complaint. Furthermore, Space150, LLC hereby states and represents that a new entity, namely Space150, Inc., a Delaware corporation, is the successor in interest of Space150, LLC. As such, the parties agree to amend the caption in this action to add Space 150, LLC as a defendant, and Space150, LLC's attorneys agree to accept service of all documents relating to this action on behalf of Space150, Inc.

6. The parties further agree and respectfully request that the pre-trial conference, currently scheduled for March 27, 2015, be held on April 10 or April 17, 2015, or on such other date as shall be determined by the Court. All parties consent to this request.

*The initial pretrial conference is adjourned and rescheduled for April 17, 2015 at 11:00 a.m*

**SO ORDERED:**

_____ 3/18/15
WILLIAM H. PAULEY III U.S.D.J.

DOCS-#4530652-v1

Date Signed: March 11, 2015

| LAW OFFICE OF ROBERT STECKMAN, P.C. | FISH & RICHARDSON P.C. |
|---|---|

By: _____

Robert Steckman
111 John Street, Suite 800
New York, NY 10038
Telephone (212) 313-9898
Email: robert@steckmanlaw.com

*Attorney for Plaintiff*

By: _____

Kristen McCallion (KM 5593)
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
Email: mccallion@fr.com

*Attorney for Defendants Cambria Company LLC, Mark Davis, and Martin Davis*

Crowell & Moring LLP

By: _____

James K. Stronski
590 Madison Avenue
New York, NY 10022-2524
Office: 212-895-4217
Fax: 212-223-4134
E-mail: jstronski@crowell.com

*Attorney for Defendants Space 150, LLC, Space 150, Inc., William Jurewicz, and David Denham*

SO ORDERED.

_____
WILLIAM H. PAULEY III, District Judge

Dated: March ___, 2015