

VIA ECF

Fish & Richardson P.C.
601 Lexington Avenue
52nd Floor
New York, NY 10022

212 765 5070 main
212 258 2291 fax

April 20, 2015

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 20B
New York, NY  10007

Re:   *Shenanzhu LLC d/b/a The Diner v. Cambria Company LLC, et al*.
      Civil Action No. 1:15-cv-00338-WHP

Dear Judge Pauley:

This firm represents Cambria Company LLC, Mark Davis, and Martin Davis (the "Cambria Defendants") in the above-identified action.  This letter is submitted jointly by the Cambria Defendants and Space150, LLC, William Jurewicz, and David Denham (the "Space150 Defendants").

Plaintiff was granted leave to amend its Complaint in this Action.[1]  Thereafter, Plaintiff served a First Amended Complaint via electronic mail on March 20, 2015.  However, Plaintiff has failed to effectively file its First Amended Complaint with the Court.[2]  As a result, Defendants cannot file their responsive pleadings via ECF.  Plaintiff's counsel has been advised of this issue, and was asked to file his client's First Amended Complaint properly, but he has not yet done so.

Because Plaintiff's failure to file its Amended Complaint is impeding Defendants' ability to file their responsive papers, we thought the best course of action was to advise the Court of this issue. We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        Kristen McCallion (KM 5593)
                                        *Counsel for the Cambria Defendants*

 cc:   Robert Marc Steckman, Esq., Counsel for Plaintiff (via ECF)
       James K. Stronski, Esq., Counsel for Space150 Defendants (via ECF)
       Bruce H. Little, Esq., Counsel for Space150 Defendants (via ECF)

---

[1] Dkt. No. 13 (Paragraph 3).
[2] Dkt. No. 14 and subsequent notice to attorney regarding deficient amended complaint, and Dkt. No. 19 and subsequent notice to attorney regarding deficient amended complaint.

fr.com