# LAW OFFICE OF ROBERT STECKMAN, P.C.
111 JOHN STREET, SUITE 800
NEW YORK, NEW YORK 10038

TEL: (212) 313-9898 · FAX (212) 313-9899
EMAIL: ROBERT@STECKMANLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/15
```

May 7, 2015

**VIA ECF ONLY**
Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

      Re: Shenanzhu LLC d/b/a The Diner v. Cambria Company LLC, et al.;
          Index No. 15-CV-338-(WHP)

Dear Judge Pauley:

    Please be advised that this firm represents Plaintiff Shenanzhu LLC d/b/a The Diner ("The Diner") in the above-identified action.

    This letter is written to request your permission for Plaintiff efile its First Amended Complaint with the Court. On March 11, 2015 the parties executed a stipulation (ECF Doc. #13) which, in part, granted Plaintiff leave to serve and Amended Complaint in this Action on or before March 20, 2015. An Amended Complaint was properly served on all Defendants on March 20, 2015, however, Plaintiff has been unable to efile a copy of the Amended Complaint on the Court's ECF system because the clerk has indicated that the aforesaid stipulation was interpreted in a manner that required Plaintiff to efile the Amended Complaint on or before March 20, 2015. As a result, Plaintiff has been unable to efile the Amended Complaint despite various good faith attempts to accomplish same.

    The clerk's office has also advised that they a "So Ordered" copy of this correspondence before they will allow Plaintiff to efile the Amended Complaint. Accordingly, it is respectfully

[*remainder of page intentionally left blank*]

> The clerk of court is directed to permit Plaintiff to file his Amended Complaint on ECF.

**SO ORDERED:**

_____ 5/8/15
**WILLIAM H. PAULEY III U.S.D.J.**

LAW OFFICE OF ROBERT STECKMAN, P.C.

Honorable William H. Pauley III<br>
May 7, 2015<br>
Page 2

requested that you countersign this letter with the appropriate order directing the clerk to allow Plaintiff to efile the Amended Complaint in this action.

Thank you for your courtesy.

Respectfully submitted,

Robert M. Steckman (RS4686)

cc: James K. Stronski, Esq., and Bruce H. Little, Esq. Counsel for Space150 Defendants (via ECF)
Kristen McCallion, Esq. Counsel for the Cambria Defendants (via ECF)